FILE COPY

DATE: 4/24/2015

RE: Case No. 15-0170
COA #: 12-14-00343-CV     TC#: 2014C-0199
STYLE: CAROLE ANN WALLACE
v. BARBARA LOUISE HERNANDEZ

Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 30 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702